UNITED STATES OF AMERICA
SOUTHERN DISTRIC OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:22 CR 0016 |
| | ) | |
| FREDI GARCIA-RAMIREZ | ) | |

## ORDER DESIGNATING INTERPRETER

The Court having determined, pursuant to Title 28 United States Code Section 1827, that an interpreter is required and should be designated in the above-captioned case,

IT IS HEREBY ORDERED that Elizabeth Giersberg, a certified interpreter or otherwise competent interpreter, is designated to serve as an interpreter in this case. Compensation shall be paid by the government at a rate of $566.00 per day, with a minimum of one-half day's compensation of $320.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $80.00 per hour or part thereof. Claim for compensation by the interpreter for any in-court services or assisting the U.S. Probation Office shall be made on Form AO 322. Claim for compensation for assisting court-appointed counsel shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other Services*. Any services relating to the CJA Form 21 must be approved by the Court prior to the services rendered. These forms shall be furnished by the Clerk of Court.

SO ORDERED, this 16th day of February 2023.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA